IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

KENDRICK A. ROBINSON                                   PLAINTIFF

v.                      No. 4:22-cv-459-DPM

CUNNINGS, #35084,
Patrol Officer, LRPD;
CHAVIS, #38716, Patrol
Officer, LPRD                                           DEFENDANTS

## ORDER

1.     Motion to reopen and lift stay, *Doc. 5*, granted.

2.     The Court must screen Robinson's complaint. *Doc. 2*; 28 U.S.C. § 1915A. He has sued Little Rock Police Officers Cunnings and Chavis, alleging that they used excessive force while arresting him on 22 December 2020. *Doc. 3*. He says they slammed his head into the ground, used racist language, and tased him. He ended up unconscious. Robinson seeks damages.

The Court stayed this case pending the resolution of his state criminal charges growing out of his arrest. *State v. Robinson*, 60CR-21-243. All charges have been resolved. He pleaded guilty to possessing a firearm illegally; and the State has *nolle prossed* a resisting arrest charge. There is no need for the Court to abstain any longer. Plus, a favorable ruling on his excessive force claim would not call his

firearm conviction into question. His claim therefore does not run afoul of *Heck v. Humphrey*, 512 U.S. 477, 486-87 (1994).

Robinson's official capacity claims for damages against the officers cannot proceed. Those claims are really against the officers' employer—the Little Rock Police Department. That entity is not subject to suit under § 1983. *Ketchum v. City of West Memphis, Arkansas*, 974 F.2d 81, 82 (8th Cir. 1992). Robinson has therefore failed to state solid official capacity claims. 28 U.S.C. § 1915(e)(2)(B).

Robinson's individual capacity claims against Officer Cunnings and Officer Chavis go forward. The alleged facts state plausible claims of excessive force.

3. The Court directs the Clerk to issue summonses for Cunnings and Chavis and deliver them along with a copy of the complaint and this Order to the United States Marshal for completion of service. Service shall be made without requiring prepayment of fees or costs, by certified mail, restricted delivery, return receipt requested at their employment at the Little Rock Police Department.

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

26 September 2022