# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**KENDRICK A. ROBINSON**
**ADC #550962**                                                                                    **PLAINTIFF**

v.                          No. 4:22-cv-459-DPM

**CUNNINGS, #35084,**
**Patrol Officer, LRPD and**
**CHAVIS, #38716, Patrol**
**Officer, LPRD**                                                                                 **DEFENDANTS**

## ORDER

Motion for change of venue, *Doc. 13*, denied. Venue is proper here. 28 U.S.C. § 1391(b). Robinson's concerns about impartiality and conflicts of interest do not justify transferring the case. 28 U.S.C. § 1404(a); *Terra International, Inc. v. Mississippi Chemical Corp.*, 119 F.3d 688, 691, 696 (8th Cir. 1997). I have no animus toward Robinson, and nothing in his motion supports disqualification or transfer.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

22 December 2022