IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KENDRICK A. ROBINSON**
**ADC #550962**                                                                        **PLAINTIFF**

v.                              No. 4:22-cv-459-DPM

**CUNNINGS, #35084,**
**Patrol Officer, LRPD and**
**CHAVIS, #38716, Patrol**
**Officer, LPRD**                                                                      **DEFENDANTS**

### ORDER

Motion to appoint counsel, *Doc. 18*, denied without prejudice. This case is young and doesn't warrant appointing counsel at this stage. *Plummer v. Grimes*, 87 F.3d 1032, 1033 (8th Cir. 1996). Motion for extension, *Doc. 19*, granted. Motions for summary judgment on the merits due by 8 May 2023.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 April 2023