IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

KENDRICK A. ROBINSON
ADC #550962                                                              PLAINTIFF

v.                              No. 4:22-cv-459-DPM

CUNNINGS, #35084,
Patrol Officer, LRPD and
CHAVIS, #38716, Patrol
Officer, LPRD                                                           DEFENDANTS

## ORDER

Robinson was arrested after police officers responded to a call reporting an intoxicated person who fell to the ground outside a Little Rock motel. He alleges that Officers Cunnings and Chavis used excessive force during the arrest based on his takedown and the officers' deployment of tasers. The officers seek summary judgment. Robinson hasn't responded to the officers' motion. The facts in the officers' Local Rule 56.1 statements are therefore deemed admitted. LOCAL RULE 56.1(c). The Court views the record in the light most favorable to Robinson. *Oglesby v. Lesan*, 929 F.3d 526, 532 (8th Cir. 2019).

Cunnings and Chavis used reasonable force to arrest Robinson. When they arrived at the scene, they found him with his pants around his ankles, a gun in his jacket pocket, and no shoes. He was slurring his words and had injuries on his knees and his right foot. They concluded

that Robinson was intoxicated and decided to place him in handcuffs because he was a danger to himself and others. When Cunnings was attempting to do so, Robinson began pulling his arms away despite the officers' instructions not to resist. When Robinson began struggling against the officers, the law permitted them to use force to make the arrest. *Carpenter v. Gage*, 686 F.3d 644, 649-50 (8th Cir. 2012). The force they used was reasonable; and each officer is entitled to qualified immunity on Robinson's excessive force claim. *Ibid.*

\* \* \*

Motion for summary judgment, Doc. 23, granted. Motion for a trial date, Doc. 33, denied as moot.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

24 July 2023