# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

KENDRICK A. ROBINSON
ADC #550962                                                                              PLAINTIFF

v.                               No. 4:22-cv-459-DPM

CUNNINGS, #35084,
Patrol Officer, LRPD and
CHAVIS, #38716, Patrol
Officer, LPRD                                                                            DEFENDANTS

## JUDGMENT

Robinson's official capacity claims for damages are dismissed without prejudice. His remaining claims are dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

24 July 2023